# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THUY KIM VO DONLIN, | ) Case No.: 8:24-cv-02423-DTB |
| Plaintiff, | ) |
| | ) {~~PROPOSED~~} ORDER AWARDING |
| vs. | ) EQUAL ACCESS TO JUSTICE ACT |
| | ) ATTORNEY FEES AND EXPENSES |
| LELAND DUDEK, | ) PURSUANT TO 28 U.S.C. § 2412(d) |
| Acting Commissioner of Social Security, | ) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| | ) |
| Defendant | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $4,900.00 as authorized by 28 U.S.C. § 2412, and costs in the amount of $405.00 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: May 2, 2025

*/s/ David T. Bristow*
THE HONORABLE DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

-1-

1  Respectfully submitted,

2  LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

3      /s/ *Brian C. Shapiro*

4  BY: _____
    Brian C. Shapiro
    Attorney for plaintiff Thuy Kim Vo Donlin

-2-